# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| United States of America<br>v.<br><br>DEREK JOHN ZIMMERMAN<br><br><br>_Defendant_ | )<br>)<br>) Case No. 4:25-mj-00122-SAO<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  September 11, 2025 , at or near  Fairbanks, Alaska  in the
 District of  Alaska , the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922 | Felon in possession of a firearm or ammunition. |
| 18 U.S.C. § 931(a)(2) | Purchase, ownership, or possession of body armor by a violent felon |

This criminal complaint is based on these facts:

☒ See attached affidavit.

_____
_Complainant's signature_

TFO Curtis Vik, FBI SSTF
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
 Documents emailed, sworn by phone  _(specify reliable electronic means)_.

Date: September 19, 2025

_____
_Judge's Signature_

City and state:  Fairbanks, Alaska       Scott A. Oravec, U.S. Magistrate Judge
_Printed name and title_